MELINDA HAAG (CSBN 132612)
United States Attorney
ALEX G. TSE (CABN 152348)
Chief, Civil Division
MICHAEL T. PYLE (CSBN 172954)
Assistant United States Attorney
150 Almaden Boulevard, Suite 900
San Jose, California 95113
Telephone: (408) 535-5087
FAX: (408) 535-5081
michael.t.pyle@usdoj.gov

SAM HIRSCH,
Acting Assistant Attorney General
SETH M. BARSKY, Chief
COBY HOWELL, Senior Trial Attorney
U.S. Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
c/o U.S. Attorney's Office
1000 S.W. Third Avenue
Portland, OR 97204
Telephone: (503) 727-1023
Facsimile:  (503) 727-1117
E-mail: coby.howell@usdoj.gov

Attorneys for Federal Defendants

**UNITED STATE DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| OUR CHILDREN'S EARTH FOUNDATION, a non-profit corporation, and ECOLOGICAL RIGHTS FOUNDATION, a non-profit corporation, | |
| Plaintiffs, | Civil Case No.: 3:14-cv-01130-MEJ |
| v. | **JOINT CASE MANAGEMENT STIPULATION AND** ~~PROPOSED~~ **ORDER** |
| NATIONAL MARINE FISHERIES SERVICE, PENNY PRITZKER, as Secretary of Commerce, RODNEY MCINNIS, as Regional Administrator of | |

| | |
|---|---|
| 1  the National Marine Fisheries Service | ) |
|    Southwest Region, UNITED STATES | ) |
| 2  FISH AND WILDLIFE SERVICE, and | ) |
| 3  SALLY JEWELL, as Secretary of the | ) |
|    Interior, | ) |
| 4  | ) |
| 5              Defendant. | ) |

On May 15, 2014, the Clerk of Court issued an order requiring the parties to file their case management statement no later than August 1, 2014, and setting the case management conference for August 8, 2014.  ECF No. 22.  At the parties' request, the Court subsequently issued another order directing Federal Defendants to file their responsive pleading to Plaintiffs' amended complaint and administrative record for the Administrative Procedure Act ("APA") claim challenging the 2008 National Marine Fisheries Service ("NMFS") biological opinion no later than July 18, 2014.  ECF No. 29.

NMFS is in the process of issuing a new biological opinion on the U.S. Army Corps of Engineers' section 404 Clean Water Act permit ("2014 biological opinion") and the parties agree that this new biological opinion will moot Plaintiffs' existing APA claim challenging the 2008 biological opinion.  NMFS currently anticipates that the 2014 biological opinion will be complete by mid-August, 2014.  If NMFS issues the 2014 biological opinion, Plaintiffs will voluntarily dismiss their APA claim challenging the 2008 biological opinion.

The parties have discussed this new development and believe the following stipulated schedule is the most efficient manner for the Court and parties to pursue this case.  Thus, the parties stipulate and respectfully request the Court to amend the scheduling order as follows:

1. If the Federal Defendants do not issue the 2014 biological opinion by September 15, 2014, the Federal Defendants shall file their responsive pleading to Plaintiffs' amended complaint on that date;

2. The case management statement is currently due on August 1, 2014, and is rescheduled for ~~August 22, 2014~~ August 29, 2014.

3. The case management conference set for August 8, 2014 is rescheduled to ___September 05, 2014___ at ___10:00 AM___.[1]

4. If NMFS has not issued the 2014 biological opinion by September 15, 2014, NMFS shall submit a status report to the Court explaining its progress toward issuance of the 2014 biological opinion and stating its projections as to when it will issue the 2014 biological opinion.

5. If NMFS has not issued the 2014 biological opinion by October 15, 2014, NMFS shall lodge the administrative record for the 2008 biological opinion with the Court by November 1, 2014.

Pursuant to stipulation, it is so ORDERED.

07/23/2014

_____
The Honorable
U.S. District Judge

*Judge Samuel Conti*

Dated: July 15, 2014.

                    Respectfully Submitted,

                    MELINDA HAAG
                    UNITED STATES ATTORNEY
                    MICHAEL T. PYLE
                    Assistant U.S. Attorney

                    SAM HIRSCH,
                    Acting Assistant Attorney General
                    SETH M. BARSKY, Chief

---

[1] The parties respectfully request a case management conference to be rescheduled for September 5, 2014, or a date convenient for the Court.

*/s/ Coby Howell*
COBY HOWELL
Senior Trial Attorney
U.S. Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
c/o USAO
1000 S.W. Third Avenue
Room 600
Portland, OR 97204
Telephone: (503) 727-1023
Facsimile:  (503) 727-1117
E-mail: coby.howell@usdoj.gov

Attorneys for Federal Defendants


By permission: _____
Christopher Sproul
Attorney for Plaintiffs Our Children's Earth
Foundation and Ecological Rights
Foundation


By Permission: */s/ Sarah Flanagan*
Sarah G. Flanagan
Pillsbury Winthrop Shaw Pittman LLP
Attorneys for Defendant-Intervenor The
Board of Trustees of the Leland Stanford
Junior University


**CERTIFICATE OF SERVICE**

I certify that on July 15, 2014, the foregoing will be electronically filed with the Court's electronic filing system, which will generate automatic service upon on all Parties enrolled to receive such notice.

*/s/ Coby Howell*
Coby Howell