Christopher A. Sproul (Bar No. 126398)
Jodene Isaacs (Bar No. 226895)
Environmental Advocates
5135 Anza Street
San Francisco, California 94121
Telephone: (415) 533-3376
Facsimile: (415) 358-5695
Email:  csproul@enviroadvocates.com
Email:  borion@enviroadvocates.com

Michael A. Costa (Bar No. 219416)
3848 Sacramento St. #2
San Francisco, CA 94118
Telephone: (415) 342-0042
Email: mike@ocefoundation.org

Patricia Weisselberg (Bar No. 253015)
Law Office of Patricia Weisselberg
115 Oakdale Avenue
Mill Valley, CA 94941
Telephone: (415) 388-2303
Email: pweisselberg@wans.net

Attorneys for Plaintiffs
OUR CHILDREN'S EARTH and ECOLOGICAL RIGHTS FOUNDATION

## UNITED STATE DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OUR CHILDREN'S EARTH FOUNDATION, et al., | ) ) ) |
| Plaintiffs, | ) ) Civil Case No.: 3:14-cv-01130-SC |
| v. | ) ) **JOINT STIPULATION AND [~~PROPOSED~~]** ) **ORDER** |
| NATIONAL MARINE FISHERIES SERVICE, et al., | ) ) Courtroom: 1, 17th Floor ) Hon. Samuel Conti |
| Defendants. | ) ) ) |

WHEREAS on July 23, 2014 at the parties' request, the Court issued an order requiring the parties to file their case management statement no later than August 29, 2014, and setting the case management conference for September 5, 2014.

WHEREAS on July 23, 2014, Plaintiffs also agreed that if NMFS issued the 2014 biological opinion in August, Plaintiffs would voluntarily dismiss their APA claim challenging the 2008 biological opinion. ECF No. 36.

WHEREAS on August 27, 2014, NMFS issued the 2014 biological opinion.

WHEREAS the new 2014 biological opinion issued on August 27, 2014 moots Plaintiffs First Claim (ECF No. 20) challenging the prior, now superseded 2008 biological opinion as arbitrary and capricious.

WHEREAS the Plaintiffs and Federal Defendants have filed cross-motions for summary judgment on the Plaintiffs' FOIA claims. The Federal Defendants will be filing their final reply brief in support of their cross-motion for summary judgment on August 29, 2014—at which point the cross summary judgment motions will be fully briefed. The parties have previously stipulated and the Court has ordered that there will be no hearing on these cross-motions, which will stand submitted as of August 29, 2014.

WHEREAS the parties agree that there are no case management issues to be decided at this time. The Court's ruling on the pending cross-motions for summary judgment on Plaintiffs' FOIA claims may dispose of all remaining issues in this case, but if not, any further case management scheduling should await a ruling on these cross-motions.

Accordingly, the parties thus stipulate, subject to the Court's approval, to the following:

1.      Plaintiffs' APA claim (First Claim, ECF No. 20) challenging the 2008 biological opinion as arbitrary and capricious shall be deemed dismissed effective upon the Court's order approving this stipulation.

2.      This Court's order requiring the parties to file their case management statement no later than August 29, 2014 is vacated.

3.      The case management conference set for September 5, 2014 at 10 AM is vacated.

1    Dated: August 28, 2014
2
3                                              Respectfully Submitted,
4                                              s/ Coby Howell
                                               MELINDA HAAG
5                                              UNITED STATES ATTORNEY
                                               MICHAEL T. PYLE
6                                              Assistant U.S. Attorney
7
                                               SAM HIRSCH,
8                                              Acting Assistant Attorney General
                                               SETH M. BARSKY, Chief
9
10                                             Coby Howell
                                               Senior Trial Attorney
11                                             U.S. Department of Justice
                                               Environment & Natural Resources Division
12                                             Wildlife & Marine Resources Section
                                               c/o USAO
13                                             1000 S.W. Third Avenue
                                               Room 600
14                                             Portland, OR 97204
                                               Telephone: (503) 727-1023
15                                             Facsimile:  (503) 727-1117
                                               E-mail: coby.howell@usdoj.gov
16
17
                                               Attorneys for Federal Defendants
18
19
                                               Christopher a. Sproul
20                                             _____
                                               Christopher Sproul
21                                             Attorney for Plaintiffs Our Children's Earth
                                               Foundation and Ecological Rights
22                                             Foundation
23
24                                             s/ Sarah G. Flanagan
                                               Sarah G. Flanagan
25                                             Attorney for Defendant-Intervenor The
                                               Board of Trustees of The Leland Stanford
26                                             Junior University
27
28

**JOINT STIP. AND [PROPOSED] ORDER**                                              2
Civil Case No.: 3:14-cv-01130-SC

1

## [~~PROPOSED~~] ORDER

2

Pursuant to stipulation, IT IS SO ORDERED.

3

4

5

DATED: ~~August~~ 9/3, 2014

6

Hon. Samuel Conti
United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28