UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OUR CHILDREN'S EARTH FOUNDATION, et al.,<br><br>           Plaintiffs,<br><br>     v.<br><br>NATIONAL MARINE FISHERIES SERVICE, et al.,<br><br>           Defendants. | Case No.  14-cv-01130-WHO<br><br>**ORDER FOR RESPONSE**<br>Re: Dkt. No. 34 |

I have received and reviewed defendant's response to Judge Conti's October 21, 2015 Order to Show Cause. Dkt. No. 34. Plaintiffs may file a reply on or before **December 8, 2015**, not to exceed ten pages, addressing the arguments NMFS makes in Docket No. 34 concerning whether I should "craft and appropriate injunction, request a further (comparable) showing of cause, or dismiss the case." Order, Dkt. No. 31, p. 22. I have also reviewed the parties' joint submission. Dkt. No. 32. I will issue an order resolving those issues – and addressing any further need for action by the Court – after December 8, 2015.

**IT IS SO ORDERED**.

Dated: November 24, 2015



WILLIAM H. ORRICK
United States District Judge