Christopher Sproul (State Bar No. 126398)
Jodene Isaacs (State Bar No. 226895)
Environmental Advocates
5135 Anza Street
San Francisco, California 94121
Telephone: (415) 533-3376, (510) 847-3467
Facsimile: (415) 358-5695
Email: csproul@enviroadvocates.com
Email: jisaacs@enviroadvocates.com

Michael A. Costa (Bar No. 219416)
3848 Sacramento St. #2
San Francisco, CA 94118
Telephone: (415) 342-0042
Email: mike@ocefoundation.org

Patricia Weisselberg (Bar No. 253015)
Law Office of Patricia Weisselberg
115 Oakdale Avenue
Mill Valley, CA 94941
Telephone: (415) 388-2303
Email: pweisselberg@wans.net

Attorneys for Plaintiffs
OUR CHILDREN'S EARTH FOUNDATION and
ECOLOGICAL RIGHTS FOUNDATION

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OUR CHILDREN'S EARTH FOUNDATION, a non-profit corporation, and ECOLOGICAL RIGHTS FOUNDATION, a non-profit corporation,<br><br>      Plaintiffs,<br><br>v.<br><br>NATIONAL MARINE FISHERIES SERVICE, PENNY PRITZKER, as Secretary of Commerce, WILLIAM STELLE, as Regional Administrator of the National Marine Fisheries Service West Coast Region, UNITED STATES ARMY CORPS OF ENGINEERS, and JOHN MCHUGH, as Secretary of the Army,<br><br>      Defendants. | Case No. 14-cv-01130 WHO<br>Case No. 14-cv-04365 WHO<br>Case No. 15-cv-02558 WHO<br><br>**STIPULATION FOR BRIEFING SCHEDULE ON ATTORNEYS FEE MOTION AND ORDER** |

Case Nos. 14-cv-01130; 14-cv-04365; 15-cv-02558 WHO

Pursuant to Civil Local Rules 6-2 and 54-5, Plaintiffs Our Children's Earth Foundation and Ecological Rights Foundation ("Plaintiffs"), and Defendants National Marine Fisheries Service, Penny Pritzker as Secretary of Commerce, and William Stelle as Regional Administrator of the National Marine Fisheries Service West Coast ("Defendants") hereby stipulate and respectfully request of the Court an order providing a briefing schedule and hearing date for Plaintiffs' motion for attorneys' fees and costs.

WHEREAS, on February 16, 2016, the Court entered the parties' Stipulated Judgment in Related Cases (Dkt. # 79) and ordered the parties to meet and confer regarding Plaintiffs' claim for attorneys' fees and costs in connection with the three related actions and report to the Court by March 25, 2016, regarding whether the parties have reached agreement or whether Plaintiffs' attorneys fees and costs claim will be presented to the Court for consideration;

WHEREAS, the Parties previously requested and the Court granted an order providing Plaintiffs until April 15, 2016 to file their motion for attorney fees so the parties could continue settlement discussions;

WHEREAS, the Parties are still presently engaged in settlement discussions which they mutually believe they need additional time to complete and hopefully avoid the expense and burden on the parties and their Court of additional litigation;

NOW THEREFORE, to allow the parties sufficient time to attempt to continue settlement discussions, the parties respectfully request that the Court enter the attached order providing Plaintiffs until May 11, 2016 to file their motion for fees and costs; providing Defendants until May 25, 2016 to file their opposition to Plaintiffs' motion for fees and costs; providing Plaintiffs until June 1, 2016 to file their reply in support of their motion; and providing that the hearing on this matter be scheduled for June 15, 2016 at 2:00 p.m.

//
//
//
//
//

Case Nos. 14-cv-01130; 14-cv-04365; 15-cv-02558 WHO     1

Respectfully submitted this 23rd day of March, 2016.

    */s/Christopher Sproul*
CHRISTOPHER SPROUL

BRIAN J. STRETCH
Acting United States Attorney

    */s/ Robin M. Wall*
ROBIN M. WALL
Assistant United States Attorney
Attorney for Defendants

### CERTIFICATION

Pursuant to Civil L.R. 5-1(i)(3), the undersigned hereby attests that counsel for Plaintiffs has concurred in the filing of this document.

Dated: March 23, 2016

    */s/ Robin M. Wall*
ROBIN M. WALL
Assistant United States Attorney
Attorney for Defendants

**ORDER**

The above STIPULATION FOR THE BRIEFING SCHEDULE ON ATTORNEYS FEE MOTION is GRANTED. Plaintiffs shall have until May 11, 2016 to file their motion for fees and costs. Defendants shall have until May 25, 2016 to file their opposition to said motion. Plaintiffs shall have until June 1, 2016 to file their reply brief. The hearing on such motion, if filed, shall be on June 15, 2016 at 2:00 p.m.

Dated: March 24, 2016

HON. WILLIAM H. ORRICK